# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Indiana Adina Christie, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:20-cv-03723-ELR-LTW |
| v. ) | |
| ) | |
| Equifax Information Services LLC ) | |
| and PHH Mortgage Corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO PHH MORTGAGE CORPORATION, ONLY

Plaintiff, Indiana Adina Christie, by and through undersigned counsel, hereby dismisses this action against Defendant, PHH Mortgage Corporation, with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 8th day of October, 2020.

                              **BERRY & ASSOCIATES**

                              */s/ Joseph L. Erkenbrack*
                              Joseph L. Erkenbrack
                              Georgia Bar No.: 801728
                              JErkenbrack@mattberry.com
                              Telephone: (678) 996-5172
                              2751 Buford Highway, Suite 600
                              Atlanta, GA 30324
                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on PHH Mortgage Corporation, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Ethan Ostroff
Troutman Sanders LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, VA 23462

**BERRY & ASSOCIATES**

*/s/ Joseph L. Erkenbrack*
Joseph L. Erkenbrack
Georgia Bar No.: 801728
JErkenbrack@mattberry.com
Telephone: (678) 996-5172

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*