**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Indiana Adina Christie, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | |
| | ) | 1:20-cv- 03723-ELR-LTW |
| Equifax Information Services, LLC et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC.

Plaintiff, Indiana Christie, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Equifax. Plaintiff and Equifax anticipate needing approximately 60 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Equifax. Accordingly, Plaintiff respectfully submits that this obviates the need for Equifax to file an Answer or make any other Court required filings prior to dismissal.[1]

Respectfully submitted this 21st day of December, 2020.

---

[1] If, however, the settlement is not concluded within the next 60 days, Plaintiff will timely notify the Court.

**BERRY & ASSOCIATES**

*/s/ Joseph L. Erkenbrack*
Joseph L. Erkenbrack
Georgia Bar No.: 801728
JErkenbrack@mattberry.com
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*Plaintiff's Attorney*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Equifax, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Charles Campbell
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309

BERRY & ASSOCIATES

*/s/ Joseph L. Erkenbrack*
Joseph L. Erkenbrack
Georgia Bar No.: 801728
JErkenbrack@mattberry.com

*Plaintiff's Attorney*