## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Indiana Adina Christie, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:20-cv- 03723-ELR-LTW |
| v. | ) | |
| | ) | |
| Equifax Information Services, LLC et al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY

Plaintiff, Indiana Adina Christie, by and through undersigned counsel, hereby dismisses this action against Defendant, Equifax Information Services, LLC, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 15th day of March, 2021.

BERRY & ASSOCIATES

*/s/ Joseph L. Erkenbrack*
Joseph L. Erkenbrack
Georgia Bar No.: 801728
JErkenbrack@mattberry.com
Telephone: (678) 996-5172
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

BERRY & ASSOCIATES

*/s/ Joseph L. Erkenbrack*
Joseph L. Erkenbrack
Georgia Bar No.: 801728
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*